IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN
CALIFORNIA HEALTH AND
WELFARE TRUST FUND, et al.,

    Plaintiffs,

  v.

GARY HARRISON,

    Defendant.

No. C 12-01551 WHA

**ORDER CONTINUING STAY**

      This action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. In the parties' recent status report, plaintiffs state that they may file a motion for relief from stay in the bankruptcy court. Therefore, this action shall remained **STAYED**. The parties shall submit a further status report by **MARCH 21, 2012**, or sooner if the bankruptcy court relieves plaintiffs of the stay.

    **IT IS SO ORDERED.**

Dated: November 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE