United States District Court

For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DISTRICT COUNCIL 16 NORTHERN                  No. C 12-01551 WHA
     CALIFORNIA HEALTH AND
11   WELFARE TRUST FUND, et al.,

12           Plaintiffs,                           **ORDER CONTINUING STAY**

13      v.

14   GARY HARRISON,

15           Defendant.

16   _____/

17          This action has been stayed since June 2012 due to a concurrent bankruptcy proceeding.

18   In the parties' recent status report, plaintiffs state that they may file a motion for relief from stay

19   in the bankruptcy court.  Therefore, this action shall remained **STAYED**.  The parties shall submit

20   a further status report by **MARCH 21, 2012**, or sooner if the bankruptcy court relieves plaintiffs

21   of the stay.

22

23          **IT IS SO ORDERED.**

24

25   Dated:   November 16, 2012.

26                                                 _____
                                                   WILLIAM ALSUP
27                                                 UNITED STATES DISTRICT JUDGE

28