IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | No. C 12-01551 WHA |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| GARY HARRISON, | |
| Defendant. | |

This action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. A prior order set a deadline of August 5 for a status report from the parties regarding whether the action should remain stayed. No report was filed. The parties are **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute by **AUGUST 19 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE