IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,

    Plaintiffs,

  v.

GARY HARRISON,

    Defendant.

No. C 12-01551 WHA

**ORDER MAINTAINING STAY**

This action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. The bankruptcy proceedings are ongoing; the parties are currently awaiting further action by the bankruptcy court. This action shall remain **STAYED**. The parties shall submit a further status report on **DECEMBER 5, 2013,** or sooner if the bankruptcy court relieves plaintiffs of the stay in the bankruptcy action.

**IT IS SO ORDERED.**

Dated: August 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE