IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GARY HARRISON,<br><br>    Defendant.<br>———————————————————/ | No. C 12-01551 WHA<br><br>**ORDER MAINTAINING STAY** |

This action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. The bankruptcy proceedings are ongoing; the parties are currently awaiting further action by the bankruptcy court. This action shall remain **STAYED**. The parties shall submit a further status report on **DECEMBER 5, 2013,** or sooner if the bankruptcy court relieves plaintiffs of the stay in the bankruptcy action.

**IT IS SO ORDERED.**

Dated: August 19, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE