IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, *et al.*,

    Plaintiffs,

  v.

GARY STEVEN HARRISON,

    Defendant.

No. C 12-01551 WHA

**ORDER MAINTAINING STAY**

      This ERISA action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. The bankruptcy proceedings are ongoing; the parties are currently awaiting further action by the bankruptcy court. This action shall remain **STAYED**. The parties shall submit a further status report on **APRIL 4, 2014**, or sooner if the bankruptcy court relieves plaintiffs of the stay in the bankruptcy action.

      **IT IS SO ORDERED.**

Dated: December 5, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE