IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, *et al.*,

    Plaintiffs,

  v.

GARY STEVEN HARRISON,

    Defendant.

                                /

No. C 12-01551 WHA

**ORDER MAINTAINING STAY**

      This ERISA action has been stayed due to a concurrent bankruptcy proceeding. The bankruptcy proceedings are ongoing; the parties are currently awaiting further action by the bankruptcy court. This action shall remain **STAYED**. The parties shall submit a further status report on **JULY 24, 2014**, or sooner if the bankruptcy court relieves plaintiffs of the stay in the bankruptcy action.

      **IT IS SO ORDERED.**

Dated: April 7, 2014.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE