IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, *et al.*, | No. C 12-01551 WHA |
| Plaintiffs, | |
| v. | **ORDER MAINTAINING STAY** |
| GARY STEVEN HARRISON, | |
| Defendant. | |

This ERISA action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. The bankruptcy proceedings are ongoing; the parties are currently awaiting further action by the bankruptcy court. This action shall remain **STAYED**. The parties shall submit a further status report on **NOVEMBER 13, 2014**.

**IT IS SO ORDERED.**

Dated: July 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE