United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, *et al.*,

   Plaintiffs,

   v.

GARY STEVEN HARRISON,

   Defendant.

No. C 12-01551 WHA

**ORDER MAINTAINING STAY**

   This ERISA action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. The bankruptcy proceeding is ongoing. Accordingly, this action remains **STAYED**. The parties shall submit a further status report on **FEBRUARY 16, 2014**.

   **IT IS SO ORDERED.**

Dated: November 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE