IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GARY STEVEN HARRISON, <br><br> Defendant. | No. C 12-01551 WHA <br><br><br><br><br><br> **ORDER MAINTAINING STAY** |

  This ERISA action has been stayed since June 2012 due to a concurrent bankruptcy proceeding. The bankruptcy proceeding is ongoing. Accordingly, this action remains **STAYED**. The parties shall submit a further status report on **FEBRUARY 16, 2015**.

  **IT IS SO ORDERED.**

Dated: November 18, 2014.

                 WILLIAM ALSUP
                 UNITED STATES DISTRICT JUDGE